IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT MUNDY, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 15-3393 |
| | : | |
| JOHN KERESTES, et al., | : | |
| Respondents. | : | |

**O R D E R**

AND NOW, this 1st day of December, 2016, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Dkt No. 6), and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Dkt No. 19), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for a Writ of Habeas Corpus is TRANSFERRED to the United States Court of Appeals for the Third Circuit.

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II   J.